| | | | |
|---|---|---|---|
| AUSA: | Roy Kranz | Telephone: | (989) 895-5712 |
| AO 91 (Rev. 11/11)  Criminal Complaint  Officer: | Nick Diedrich, BIA | Telephone: | (989) 775-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Isabella Lucia Cloud

Case No.    1:23-mj-30419
Judge: Morris, Patricia T.
Filed: 10-17-2023

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 15, 2023__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2241(c), 1151, and 1153 | Within Indian country, as defined in 18 U.S.C. § 1151, Isabella Lucia Cloud, an Indian, knowingly engaged in a sexual act with Minor Victim-1 (MV1), a child who had not attained the age of 12 years, that is Isabella Cloud intentionally touched the genitalia of MV1 not through the clothing by hand and finger and penetrated the genitial opening of MV1, with the intent to abuse MV1. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Nick Diedrich, Officer, Bureau of Indian Affairs
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 10/17/2023

*Judge's signature*

City and state: Bay City, Michigan    Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
**FOR ISABELLA LUCIA CLOUD**

I, Nick Diedrich, being duly sworn, depose and state:

1. I am a police officer with the Saginaw Chippewa Tribal Police Department and have been employed as a police officer for approximately 15 years. I am also a sworn Bureau of Indian Affairs (BIA) federal officer. During my career I have been involved in numerous investigations concerning sexual assaults. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Isabella Lucia Cloud committed the offenses of aggravated sexual abuse on or around October 15, 2023, in violation of 18 U.S.C. § 2241(c) therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. According to Devin Smith, he left his three children with Isabella Cloud, at Cloud's home, for Cloud to babysit them while Devin went shopping. Cloud's home is at 2424 Objibway Drive, Chippewa Township. This is on the Isabella Reservation in Indian country in the Northern Division, Eastern District of Michigan. Affiant is aware that Cloud is an Indian.

4. When Smith came back to Cloud's house to pick up his children, Smith realized that one of the children he left with Cloud, Minor Victim-1 (MV1), who is 14 months old, needed a diaper change. Devin changed MV1's diaper and noticed MV1 had vaginal bleeding that was not present before being babysat by Cloud.

5. A medical examination of MV1 was conducted at McLaren Hospital. The exam showed the following: MV1 had external genital swelling, labia majora swelling, bruising and swelling

1

noted to labia minora, hymen was broken, there is a small tear to perineum, and there was vaginal bleeding present.

6. Cloud spoke with the police about the incident. Cloud waived Miranda and agreed to talk to the police. During the interview, Cloud admitted being mad at MV1 for crying and also admitted shoving two of Cloud's fingers into the MV1's vagina to punish MV1 for crying.

7. Based on the above-described information, there is probable cause to believe that on or around October 15, 2023, Isabella Cloud committed an aggravated sexual abuse, in violation of 18 U.S.C. §§ 2241(c), 1151, and 1153.

Nick Diedrich
BIA

Subscribed to before me and signed in my presence, and/or by reliable electronic means.

HON. PATRICIA MORRIS
United States Magistrate Judge